# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-cr-00101-SASP-01 |
| CASE NAME: | United States of America vs. (01) Wylie L. Hurd |
| ATTY FOR PLTF: | Tom Muehleck |
| ATTY FOR DEFT: | Catherine P. Gutierrez |
| US PROB OFFICER: | Whitney Nakamura |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR–CT 5 |
| DATE: | 10/31/2025 | TIME: | 10:30 AM – 10:32 AM |

COURT ACTION: EP:  1.) INITIAL APPEARANCE; and
2.) ARRAIGNMENT & PLEA to the Indictment as to DEFENDANT (01) WYLIE L. HURD NOT had on 10/31/2025.

Defendant (01) Wylie L. Hurd ("Defendant") not present. Defendant's presence waived for purposes of today's proceeding only.

Defendant not yet transported to the District of Hawaii. Anticipate arrival in two (2) weeks.

In light of the foregoing and by agreement of the parties, the Court **CONTINUES** the **Initial Appearance, Arraignment & Plea to the Indictment** to **11/18/2025 at 10:30 a.m.** in Courtroom 6 before Magistrate Judge Kenneth J. Mansfield.

*Submitted by: Anjelica Barker, Courtroom Manager*